

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 12, 2015

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *


RE:     Court of Appeals Number:     03-09-00518-CV
        Trial Court Case Number:     D-1-GN-06-002615

Style:  Black + Vernooy Architects, J. Sinclair Black, and D. Andrew Vernooy
        v. Lou Ann Smith; Jimmy Jackson Smith, Individually and as Next Friend of Rachel
        and Grayson Smith; and Karen E. Graveley


Dear Honorable Velva L. Price:

        The Third Court of Appeals has issued the mandate in this cause.  Therefore, I am returning the following original exhibits:

        Reporter's Record Volumes 6 – 8 and Plaintiff's exhibits 2, 17, 19A, 19B and 36.


                            Very truly yours,

                            Jeffrey D. Kyle, Clerk

**Filed in The District Court
of Travis County, Texas**

**MAR 1 2 2015**

At_____M.
**Velva L. Price, District Clerk**